IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-40306
_____


UNITED STATES OF AMERICA,

                         Plaintiff-Appellee,

        v.

        JUAN DIAZ-ESPINOSA,

                         Defendant-Appellant.

_____

                 Appeal from the United States District Court
              for the Southern District of Texas, Corpus Christi
                              (C-95-CR-244-2)
_____
                           February 4, 1998
Before KING, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:*

        We have read the briefs, reviewed the relevant portions

of the record and heard oral argument.  As counsel for the

government pointed out in detail at oral argument, the defendant

did not file a written objection to the PSR or offer any sworn

testimony rebutting the relevant portion of the PSR.  Under the

circumstances, the district court did not err in denying the

defendant a sentence reduction for acceptance of responsibility.

_____

        *Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The district court's judgment of conviction and sentence are AFFIRMED.